Marion L. Robinson, as Administratrix of the Estate of George Robinson, Deceased, Respondent, *v.* Robins Dry Dock and Repair Company, Appellant, Impleaded with Another.

*Appeal — order of Appellate Division affirming, by divided court, judgment entered upon verdict not appealable to Court of Appeals.*

*Robinson* v. *Robins Dry Dock & Repair Co.*, 215 App. Div. 776, appeal dismissed.

(Argued May 6, 1926; decided May 11, 1926.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

December 10, 1925, affirming a judgment in favor of plaintiff entered upon a verdict.

*Paul Koch* for appellant.

*Thomas J. O' Neill, Leonard F. Fish* and *Patrick J. McMahon* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE and LEHMAN, JJ. Absent: ANDREWS, J.